**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **SERGIO BARRETT,** | : | |
| | : | **Case No. 2:25-cv-222** |
| **Plaintiff,** | : | |
| | : | **Judge Algenon L. Marbley** |
| **v.** | : | |
| | : | **Magistrate Judge Kimberly A. Jolson** |
| **WARDEN, SOUTHEASTERN CORRECTIONAL COMPLEX,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

**ORDER**

This matter comes before the Court on the Magistrate Judge's Report and Recommendation that the Court deny Plaintiff Sergio Barrett's habeas petition with prejudice. (ECF No. 8 at 7). No objections have been made to the Report and Recommendation, and the deadline for objections elapsed on March 30, 2026. (*Id.* at 8). After reviewing the Report and Recommendation, this Court **ADOTPS** the Report and Recommendation (ECF No. 8), **DISMISSES WITH PREJUDICE** Plaintiff's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, and **CERTIFIES**, pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this Order would not be taken in good faith, and therefore **DENIES** Petitioner leave to appeal *in forma pauperis*.

The Clerk of Court is **DIRECTED TO TERMINATE** this case.

**IT IS SO ORDERED.**

**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**

**DATED: October 29, 2026**